*Wednesday, December 22, 1993*

## MERIT DOCKET

**93–1183.** In re Petition for Writ of Habeas Corpus for Ortiz. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS and RESNICK, JJ., concur.

WRIGHT, F.E. SWEENEY and PFEIFER, JJ., would deny the writ.

**93–1236.** State ex rel. Schottenstein v. Belskis. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents and would grant the writ.

**93–1807.** State v. Black. *Lawrence County,* No. 92–CA–8. Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–1848.** State v. Taylor. *Hamilton County,* No. C–900103. Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–1985.** State v. Newlin. *Franklin County,* No. 87AP–222. Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–1997.** State v. Adams. *Lucas County,* No. L–92–290. Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–2004.** State ex rel. Henderson v. Blake. In Quo Warranto. On motion to amend complaint. Motion granted. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

F.E. SWEENEY, J., would grant an alternative writ.

PFEIFER, J., would deny the writ.

**93–2032.** State v. Wilson. *Hamilton County,* No. C–76131. Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–2069.** Rockwell v. Edwards. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–2074.** Malone v. Littlefield. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–2082.** Elliott v. Burden. *Hamilton County,* No. C–920365. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

A.W. SWEENEY, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and DOUGLAS, J., dissent.

**93–2086.** State v. Kelly. *Franklin County,* No. 91AP–739. Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.